UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANNY HAMILTON, et al., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>COMMISSIONERS OF WAYNE COUNTY, )<br>et al., )<br>)<br>Defendants. ) | No. IP 79-843-C |

### Order Granting Wayne County's Motion to Substitute Parties and Motion for Relief From Judgment

This cause having come before the court on the motions of Wayne County, et al., to substitute parties and for relief from judgment, such motions being in the following words and figures,

H. I.

And the court, having read and considered such motions and being duly advised, now finds that each such motion should be **granted.**

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

1. The following incumbent officeholders, named in their official capacities only, are **substituted** for the former officeholders named as defendants in this action:

Thomas A. Dickman, Wayne County Commissioner
John O. Catey, Wayne County Commissioner
Mary C. Heyob, Wayne County Commissioner
Paul M. Strittmatter, Sheriff of Wayne County, Indiana

2. Based on a change of conditions, including the construction of a new jail in Wayne County, as well as the passage of certain legislation by the State of Indiana, the Agreed Judgment entered on May 28, 1981, is **modified** as follows: Notwithstanding the prohibition contained in paragraph 23 of the Agreed Judgment, the defendants may, in their discretion, adopt and implement a program to collect a limited co-payment from incarcerated inmates for medical, dental, eye care and other health related services as authorized by IND. CODE § 11-12-5-5. Any such program shall have prospective application only, with notice of the program to be placed in a conspicuous place within the Jail, accessible to inmates, not less than 30 calendar days prior to the date the program is to become effective.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 01/06/2006

Copies to:

Ronald Cross
27 North 8th Street
Richmond, IN   47374

Legal Services Organization of Indiana, Inc.
151 N. Delaware Street, Suite 1800
Indianapolis, IN 46204